PROVIDED TO APALACHEE CORRECTIONAL INSTITUTION ON 5/24/21 FOR MAILING

# "IN THE MIDDLE DISTRICT OF THE UNITED STATES FOR ORLANDO FLORIDA"

STANLEY CHASSAGNE

PETITIONER

6:21-CV-956-GKS-LRH

D.C.A N° 5D12-1215

VS

L.T. N° 48-013864-O
N° 48-013878-O
N° 48 013884-O

STATE OF FLORIDA
ATTORNEY GENERAL OF FLORIDA
"RESPONDENT"

2021 JUN -2 PM 2:34 FILED

## "Habeas Corpus 2254 Place Holder "Bare Bones

[1] Rights under the United States Constitution, in this Honorable Court merely claiming that mistakes were made or that the trial would not perfect witnesses, not called and may not have told the whole truth Ect... This is enough for a Habeas Corpus 2254 Place Holder was and is asking Honorable Federal Court this is a Place Holder... The United States Constitution the claims demastrate the denial of each right in this place holder was prejudicial that is to say... Its has a such a powerful impact on the conviction or sentence Lieve that a place holder is petition being Filled in this Federal Form is accompanied. By not an official Requed for it too similiarly held is stay! Until such time thats proper exhaustion may be accomplished at the state →

B1

# Table of Authorities

| | | | PAGES |
|---|---|---|---|
| B | 1 | Habeas Corpus 2254 Place Holder Bare, Bones | B-1 |
| B | 2 | Ground A) I.A.C. Failure to Challenge: | B-2 |
| B | 2 | Ground B) Due-Process Rule: | B-2 |
| B | 2 | Ground C) Neil V Biggers: | B-2 |
| B | 3 | Ground D) Interrogation Absent Councel: | B-3 |
| B | 3 | Ground E) Giglio Violations: | B-3 |
| B | 3 | Ground F) Brady Violation: | B-3 |
| B | 4 | Ground G) Destroyed Evidence: | B-4 |
| B | 4 | Ground I) Ineffective Trial Counsel: | B-4 |
| B | 5 | Ground J) Section §15:5: | B-5 |
| B | 5 | Criminal Procedure - A: | B-5 |
| B 6 | B | Fruit of the Poisonous Tree Doctrine: | 6-B |
| B 6 | C | Relief Requested: | B-C |
| B 6 | | Ineffective Assistance] Lockhart V Frewell 506 US at 372 73, 113 S.cT 838, 884: Strickland V Washinton 466 US 668 See Also Fla. Jur 2d Criminal Law procedures s.s. 123-8 | B-6 |
| B | 7 | Conclusion and Relief Sought | B 7 |
| B | 8 | Oath and Verification / Certificate of Service: | B-8 |

LEVEL... FOR THIS PETITION THE FOLLOWING BARE BONES CLAIMS STATE EVERY GROUNDS ON WHICH PETITIONER CLAIMS THAT HE IS BEING HELD IN VIOLATION OF THE UNITED STATES CONSTITUTIONAL AMENDMENT...

## "Grounds To be Exhaustion"

[A] Ground I.A.C. Failure To Challenge Introduction of Hevitabe discover of Evidence.. This is a due-process And Right To Effective Councel Claim propunding Violating of 5TH, 6TH And 14TH Amendment To The United State Constitution NIX V Williams 467 US 431 (1984) Stricland V Washington 466 US 668 (1984)

[B] Ground Due-Process Rule A defendants must Rely on due process principles, To Challenge Unnecessarily Suggestive procedure, That Occur At Noncritical Pre-Trial Stages... In Stovah V Denno The Suppreme Court Recogized A defendants due-process Right To Exclude Identification, Testimony. Resulting From Unnecessarily Suggestive procedures That Might Tead To An Irreparably Mist Taken Identification...

[C] Ground In Neil V Biggers The Court Further Explained That Is The Likehood of

B 2

3

FURTHER EXPLAINED THAT IT IS THE LIKELIHOOD OF MISIDENTIFICATION WHICH VIOLATES A DEFENDANT RIGHT TO DUE PROCESS SO THE FOCUS OF THE INQUIRY IS ON THE RELIABILITY OF THE IDENTIFICATION TESTIMONY RATHER THEN IDENTIFICATION PROCEDURE...

[D] GROUND INTERROGATION ABSENT COUNCIL... PETITIONER CONVICTION WAS BASED ON INFORMATION OBTAIN DURING POLICE INTERROGATION... ABSENT COUNSELS PRESENCE... 5TH, 6TH AND 14TH MIRANDA V ARIZANA 384 US. 436 (1966)

[E] GROUND GIGLIO VIOLATIONS PETITIONER CONVICTION WAS BASED ON THE PROSECUTIONS, FAILURE TO DISCLOSE MATERIAL IMPEACHMENT EVIDENCE ABOUT THE STATE INFORMANT... 5TH, 14TH AMENTMENT GIGLIO V US 405 US 150 (1972)

[F] GROUND BRADY VIOLATION PETITIONER CONVICTION WAS BASED ON THE PROSECUTIONS FAILURE TO DISCLOSE FAVORABLE AND/OR EXCULPATORY EVIDENCE TO THE DEFENSE... 5TH AND 14TH AMENDMENT BRADY V MARYLAND 373 US.83 (1968)

B 3

4

[G] Ground STATE Alway Destroyed Exculpatory Evidence: Petioner Conviction was based on the States destroying material that contained Evidence Exculpatory in Nature And Such material could not be duplicated by any other Reasonable process... 5th and 14th CALIF V Trombetta 467 US 479 (1984)

(H) Ground Florida Criminal discovery Rules Are designed To prevent Surprise by Either the prosecution or the defense. Ther purpose is to Facilitate A Truthful Fact-Finding process. Discovery Under Florida Rule 15:5 of Criminal Procedure 3.220 is commenced by Service of A defense on the State The Rule Imposes A Continuing A Mandatory Duty on the Prosecution To disclose Certain Specifics Including Names From the defense and state for procedure..

[I] Ground Therefore Trial Counsel was Ineffective because knowledge of the Rules of Evidence And basic Procedures is Required, in order to provide Effective Assistance of Counsel which is guaranteed by U.S. Constitutinal 6th Amendment.. Thus it would seem particularly Important Now to look to those other Circumstances, Such As Independent Facts And the Self-Verifying detail of an the Information provided..

B4

5

[J] Ground Section 915:5 Emblematic of Florida the Florida (I) Investigation's not to be impeded except as is otherwise provided as to matters not subject provided as is otherwise provided as to matters not subject to disclosure or restricted by protective orders neither the counsel for the parties nor other prosecution or defense personnel shall advise persons having relevant material or information that the state discussing the case with opposing counsel or showing, opposing counsel's investigation of the case. Scipio v State 928 So2d 1138 (Fla 2006)

"Criminal Procedure"

(A) One who is legally guilty can be factually innocent of law criminal procedure is the process the government must follow when bringing charges against you. [For example criminal procedure involves such things as what kinds of evidence can be used in a criminal trial. When an accused must be brought to trial. Criminal procedure because you think you are not being treated fairly by the criminal justice system [factually innocent violation of your constitutional amendment 6TH 14TH Amendments.

B5

[B] FRUIT OF THE POISONOUS TREE DOCTRINE 371 US 471, 401 US 222, 256 US 465, 371 US 971 CRIMINAL PROCEDURE THE RULE THAT EVIDENCE DERIVED FROM AN ILLEGAL ARREST OR INTERROGATION IS INADMISSIBLE BECAUSE THE EVIDENCE (THE FRUIT) WAS TAINTED BY ILLEGALITY (POISONOUS,) TREE UNDER THIS DOCTRINE, FOR A CRIME THAT WAS INADMISSIBLE IF THE DOCTRINE WAS THAT ILLEGAL IN THIS CASE...

"RELIEF REQUESTED"

[C] SUPPORT FACTS [1] THAT THE TRIAL COURT ERRED WHEN IT DENIED MR. STANLEY CHASSAGE TO THE DEALING IN LIMINE TO PROHIBIT TESTIMONY OF HIM BEING A WITNESS OF SELF THE COURT SHOULD HAD A SUPPRESSING HEARING FOR EXCLUSIONARY RULE EVIDENCE OBTAINED THROUGH ILLEGAL CONDUCT OF INVESTIGATIVE AGENTS OF THE STATE FAILURE TO CHALLENGE USE OF A FALSE NOT SWORN STATEMENT ABOUT MATERIAL MATTERS AND ALLEGEDLY INEFFECTIVE ASSISTANCE] LOCKHART V FREWELL 506 US AT 372, 73, 113 S.CT. 838, 844

Strickland V WASHINGTON 466 US 668 SEE ALSO FLA. JUR. 2d CRIMINAL LAW PROCEDURES S.S. 123-8

B 6

7

## Conclusion And Relief Sought"

Wherefore, by rationale articulated herein above, amply supported by the facts and law, the defendant respectfully asserts that he has demonstrated sufficient grounds to show this Honorable Court that he is entitled to the relief sought herein and why this Honorable Court that he is entitled to relief sought herein and why this Honorable Court show that it should now grant. All relief sought after conducting a full and fair plenary review of my constetion with the next lesser, valid law in effect at the time offense occurred or any further or different relief as deemed appropriate by this Honorable Court as supported by the facts matter and law in order to meet the substantive ends of justice...

B7

PROVIDED TO APALACHEE CORRECTIONAL INSTITUTION ON 5/21/21 FOR MAILING

## "Verification"

I hereby certify, I have read the foregoing petition for Writ of Habeas Corpus and it is true and correct this 5/24 day of 5 2021

/s/ C.S. Chassagne

## "Certificate of Service"

I hereby certify, that a true and correct copy of the foregoing instrument has been furnished via first class United State Mail to: Middle District Orlando of United States District Court of Orlando 401 W. Central Ste 2100 Orlando 32801-0120. By depositing the foregoing papers in the hands of prison officials for mailing to the above party on this 24 day of 5 2021

/s/ Stanley Chassagne
DC No.
Apalachee C.I. 35
Apalachee Drive
Sneeds, Fl 32460

B8