UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STANLEY CHASSAGNE,

    Petitioner,

v.                          CASE NO. 6:21-cv-956-Orl-18LRH

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.

    Defendants.
_____/

## ORDER

This cause is before the Court on a Petition for Writ of Habeas Corpus ("Petition," Doc. 1) filed pursuant to 28 U.S.C. § 2254 by Stanley Chassagne. On July 21, 2021, the Court directed Petitioner to file an Amended Petition for Writ of Habeas Corpus and file an affidavit of indigency or pay the full filing fee within twenty-one days from the date of the Order. (Doc. 3). The Court also advised Petitioner that the failure to comply with the Court's Order would result in dismissal of the case without further notice. (*Id.*). As of the date of this Order, Plaintiff failed to comply.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    This case is hereby **DISMISSED** without prejudice.

3. The Clerk of the Court is directed to enter judgment and close the case.

**DONE AND ORDERED** in Orlando, Florida, on August 30, 2021.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Party
OrlP-3 8/25